DOZIER *vs.* OWEN *et al.*; SAWYER *vs.* SAWYER *et al.*; WIMBERLY *vs.* WIMBERLY *et al.*; MORRIS *vs.* TINKER *et al.*; WHITE *et al. vs.* THE NACOOCHEE GOLD MIN. CO.; McCALL *vs.* GUILMARTIN & CO.; CUBBEDGE, HAZELHURST & CO. *vs.* WALTON, WHANN & CO.

The discretion of the chancellor will not be controlled in the grant or

---

*No opinions are published in the following cases under the provisions March 2d, 1875. (R.)

refusal of an injunction, or in the appointment or refusal to appoint a receiver, unless some well-settled principle of law or equity be violated.